**File Hashes for IP Address 24.9.160.175**

**ISP:** Comcast Cable
**Physical Location:** Denver, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/01/2013 10:32:41 | 160B65F7395BAF38DE7F33FA92A555D255C9D2E5 | Working Out Together |
| 01/29/2013 02:34:49 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 12/31/2012 02:26:42 | 227835892F01B19339F1599D5EEC92D2CA969779 | A Girls Fantasy |
| 12/31/2012 01:36:03 | AC44BD2FC75996D6918F94E9E85828A7A01BF5B8 | Naughty and Nice |
| 12/11/2012 01:36:12 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 12/11/2012 01:24:34 | 5CD20FA4A34CE40E898CEEC6137FE7AE3E2ED6BC | Inside Perfection |
| 12/11/2012 01:23:35 | 9B235A4AA676CB43A9F5B9A1AB3E1A6FAF70A6C3 | Waterfall Emotions |
| 11/13/2012 11:01:25 | F0AFDBC7DD17E26F0B9C61F5152655F428C05D55 | Still With Me |
| 11/13/2012 10:04:42 | E4C763BF141EE39387DE32A11E67FD4671BC9D21 | Leila Last Night |
| 11/13/2012 09:55:08 | 06C2177AA36C28654A01BCAC15E6943AD55051CA | Soul Mates |
| 10/19/2012 04:11:59 | 01E5E5EEF60FED2117D28C25D9277B504E7281CF | Young Passion |
| 10/07/2012 02:30:20 | EF7B12C98E76513A2B207FF711D4AC4BA65DC9A5 | Wild Things |
| 09/23/2012 11:38:25 | 2D58C7A02DE3E5168E85D0BF45A4036C512AAF88 | Black Lingerie Bliss |
| 09/19/2012 07:23:51 | 77E00754AC9EB6D7AE8F32FFD3E46D85A5347698 | Amazing Grace |
| 08/28/2012 07:26:30 | B99C50D1E0CFDB65211D407502CE7ABF4C984568 | This Side of Paradise |
| 08/28/2012 04:38:05 | A2C51A61409258952A469C9C1DF8C197CC5C85AE | Threes Company |
| 08/28/2012 01:14:21 | 83467C4AC0B4202F94B287CC2F0A2B38A2F65B6D | Unbelievably Beautiful |
| 08/27/2012 22:00:03 | D1591D3A9AA190BEA3D276B55EF9DE94175814A5 | Starting Over |
| 08/14/2012 13:38:56 | 353154B495A0AF1D8DF6E6F78E7D8C4F79E0B6E4 | Coucher Avec une Autre Fille |
| 08/11/2012 09:33:56 | 50576D453835D3105A529526243BC71DEBE3D141 | Inspiration |
| 07/30/2012 10:58:08 | 5EE94DC4940880037005DCFBACE07223DE9BBADE | Wet Dream |
| 07/30/2012 09:44:17 | D598B4179311BC3A783D70C85158FD044D96D003 | Transcendence |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 07/29/2012 23:55:03 | C0BAB6F898A8CACBF7E221D1E15076A75869656D | Morning Tryst |
| 07/22/2012 15:07:52 | 760873D9CA2A212371DF8F83DBDE7C8181424D57 | Positively In Love |
| 07/22/2012 15:05:42 | 47920FB05863B96725A9DD34CC139547C66B4003 | Dream Come True |
| 07/22/2012 02:37:26 | 06E59056E6157EF54ECEEEE97C577F9775E57BEF | Backstage |
| 06/25/2012 00:37:00 | 8E652A4691B89D82EED34742C10B8CB852DA467D | Paradise Found |
| 06/12/2012 20:13:32 | 2CB00C235792C6D9BF5EFD3373043B163AAB2F03 | Young and Hot |
| 06/12/2012 20:01:36 | 29F844E84CCDBE9803A5EEA1F6A77B107AA111FA | Sneak N Peek |
| 05/23/2012 01:52:52 | FBA558C01C14F8AC518A0AB477005A4D7E683EF0 | LA Love |
| 05/22/2012 19:09:27 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 05/07/2012 19:36:13 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 05/07/2012 16:42:38 | 8347F054CEFAF38A95435CA9C94F2B1DDD2D27AF | Slow Motion |
| 05/02/2012 13:16:43 | 40CCB20F645AB16BA04CDFA7392E3DA38FC33852 | Breakfast in Bed |
| 04/16/2012 05:31:30 | 143CBD213A5B550F233A7DEFD554414D71BCB76C | Wild at Heart |
| 04/03/2012 08:45:35 | 0A8DA11F1850900EB9E62087FAAFF27ADA304282 | Lunchtime Fantasy |
| 04/03/2012 05:16:15 | 43F39726CF50A4F81D920F748E8FFCC3B69CE1F8 | Perfect Girls |

**Total Statutory Claims Against Defendant: 37**

EXHIBIT A

CO117