**Copyrights-In-Suit for IP Address 24.9.160.175**

**ISP:** Comcast Cable
**Location:** Denver, CO

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 12/31/2012 |
| A Little Rain Must Fall | PA0001822653 | 01/23/2013 | 01/27/2013 | 01/29/2013 |
| Amazing Grace | PA0001806477 | 09/14/2012 | 09/19/2012 | 09/19/2012 |
| Backstage | PA0001797943 | 07/17/2012 | 07/18/2012 | 07/22/2012 |
| Black Lingerie Bliss | PA0001806468 | 09/19/2012 | 09/19/2012 | 09/23/2012 |
| Breakfast in Bed | PA0001787253 | 04/16/2012 | 04/17/2012 | 05/02/2012 |
| Coucher Avec une Autre Fille | PA0001801715 | 08/13/2012 | 08/14/2012 | 08/14/2012 |
| Dream Come True | PA0001800356 | 07/13/2012 | 07/20/2012 | 07/22/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 12/11/2012 |
| Inside Perfection | PA0001817756 | 12/02/2012 | 12/16/2012 | 12/11/2012 |
| Inspiration | PA0001801714 | 08/10/2012 | 08/14/2012 | 08/11/2012 |
| LA Love | PA0001790458 | 03/22/2010 | 05/23/2012 | 05/23/2012 |
| Leila Last Night | PA0001775906 | 02/01/2012 | 02/17/2012 | 11/13/2012 |
| Lunchtime Fantasy | PA0001781702 | 03/19/2012 | 03/19/2012 | 04/03/2012 |
| Morning Tryst | PA0001800355 | 07/24/2012 | 07/25/2012 | 07/29/2012 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 12/31/2012 |
| One Night Stand | PA0001794973 | 05/02/2012 | 05/02/2012 | 05/07/2012 |
| Paradise Found | PA0001783362 | 03/25/2012 | 03/26/2012 | 06/25/2012 |
| Perfect Girls | PA0001783454 | 03/28/2012 | 03/28/2012 | 04/03/2012 |
| Positively In Love | PA0001800358 | 07/04/2012 | 07/11/2012 | 07/22/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 05/22/2012 |

EXHIBIT B

CO117

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Slow Motion | PA0001787875 | 04/22/2012 | 04/23/2012 | 05/07/2012 |
| Sneak N Peek | PA0001791522 | 06/01/2012 | 06/01/2012 | 06/12/2012 |
| Soul Mates | PA0001813361 | 11/07/2012 | 11/19/2012 | 11/13/2012 |
| Starting Over | PA0001803663 | 08/27/2012 | 09/10/2012 | 08/27/2012 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 11/13/2012 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 08/28/2012 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 08/28/2012 |
| Transcendence | PA0001799577 | 07/30/2012 | 07/31/2012 | 07/30/2012 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 08/28/2012 |
| Waterfall Emotions | PA0001817757 | 12/05/2012 | 12/16/2012 | 12/11/2012 |
| Wet Dream | PA0001800357 | 07/20/2012 | 07/20/2012 | 07/30/2012 |
| Wild at Heart | PA0001785969 | 04/08/2012 | 04/09/2012 | 04/16/2012 |
| Wild Things | PA0001809287 | 10/05/2012 | 10/07/2012 | 10/07/2012 |
| Working Out Together | PA0001824841 | 01/30/2013 | 02/07/2013 | 02/01/2013 |
| Young and Hot | PA0001794969 | 06/06/2012 | 06/08/2012 | 06/12/2012 |
| Young Passion | PA0001811852 | 10/17/2012 | 10/26/2012 | 10/19/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  37**

EXHIBIT B