IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-00642-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

ROBERT FITZPATRICK,

    Defendant.

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Settlement and Voluntary Dismissal With Prejudice of John Doe filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) filed on July 2, 2013 (ECF No. 19), it is

ORDERED that Defendant Robert Fitzpatrick, formerly John Doe, is **DISMISSED WITH PREJUDICE**, and this case is terminated.

Dated:  July 3, 2013

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Senior United States District Judge